UNITED STATES DISTRICT COURT

CENTRAL DISTRICT NEVADA

| | |
|---|---|
| COBY HOSFORD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED COLLECTION SERVICES, INC.<br><br>　　　　　Defendant. | CASE NO. 2:09-CV-02073<br><br>**ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE**<br><br>[FILED CONCURRENTLY WITH STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES] |

The Court has reviewed the Stipulation of Plaintiff COBY HOSFORD and Defendant ALLIED COLLECTION SERVICES, INC. ("Defendant") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

　　1.　That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

IT IS SO ORDERED

DATED: August 6, 2010

_____
UNITED STATES DISTRICT JUDGE

06273 00:166019

[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE
09-CV-02073

1